IN THE UNITED STATES BANKRUPTCY
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case # 14-36018 |
| Rose M Balog | Chapter 7 |
| Debtor. | Honorable Bruce W. Black |

## CERTIFICATE OF SERVICE

I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the Notice of Final Report to the debtor(s), the debtor(s) attorney, all parties in interest, and all creditors (listed on the below service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on or before October 4, 2016.

Cindy M. Johnson                                       /s/ Cindy M. Johnson
140 S. Dearborn St.
Suite 1510
Chicago, IL 60603
312-345-1306

## SERVICE LIST

**Electronic Mail Notice List:**

- Ronald D Cummings    bankruptcylawyer@sbcglobal.net, atty_cummings@bluestylus.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Jeffrey M McCarthy    mccarthylaw@comcast.net

**Manual Notice List** (see below and on attached list):

Carleen L Cignetto
2 Dearborn Square, Suite 2
Kankakee, IL 60901,

Alan D. Lasko
Alan D. Lasko & Associates PC
205 West Randolph Street,
Suite 1150
Chicago, IL  60606

Adam Woverton
Berkshire Hathaway HomeServices
KoenigRubloff Realty Group
16752 W Apache Drive
Lockport, IL 60441

| | | |
|---|---|---|
| ROSE M BALOG<br>16752 W. Apache Drive<br>Lockport, IL 60441-4276 | ARS National Services, Inc.<br>PO Box 469046<br>Escondido, CA 92046-9046 | Ally Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243-1300 |
| Amexdsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Bank Of America<br>Po Box 982235<br>El Paso, TX 79998 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Blmdsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Cap1/Carsn<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3440 | Capital One, N.A.<br>c o Becket and Lee LLP POB 3001<br>Malvern, PA 19355-0701 |
| Cavalry SPV I, LLC assign<br>GE Capital Retail BK<br>Walmart Discover Card<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase<br>Po Box 24696<br>Columbus, OH 43224-0696 |
| Chase-Pier<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chld/Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Comenity Bank/Buckle<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| Comenity Bank/Carsons<br>3100 Easton Square Pl<br>Columbus, OH 43219-6232 | Comenity Bank/Nwyrk&Co<br>220 W Schrock Rd<br>Westerville, OH 43081-2873 | Comenity Bank/Pier 1<br>4590 E Broad St<br>Columbus, OH 43213-1301 |
| Comenity Bank/Pttrybrn<br>Po Box 182789<br>Columbus, OH 43218-2789 | Comenity Bank/Roomplce<br>Po Box 182789<br>Columbus, OH 43218-2789 | Comenity Bank/Valctyfr<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| Gecrb/Walmart Dc<br>Po Box 965024  Orlando,<br>FL 32896-5024 | Fifth Third Bank<br>5050 Kingsley Dr<br>Cincinnati, OH 45227-1115 | Fifth Third Bank<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| Gecrb/Ashley Furniture<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 | Gecrb/Ge Capital Luxur<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 | Gecrb/Jcp<br>Po Box 984100<br>El Paso, TX 79998 |
| Gecrb/Linen N Things<br>Po Box 965005<br>Orlando, FL 32896-5005 | Gecrb/Tjx Cos<br>Po Box 965005<br>Orlando, FL 32896-5005 | Gecrb/Tjx Cos Dc<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Kohls/Capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 | Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Ltd. Financial Services<br>7322 Southwest Freeway<br>Suite 1600<br>Houston, TX 77074-2134 |
| Thd/Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Wffnatbank<br>Po Box 94498<br>Las Vegas, NV 89193-4498 | Sears/Cbna<br>Po Box 6282<br>Sioux Falls, SD 57117-6282 |