# UNITED STATES BANKRUPTCY COURT
## NORTHERN  DISTRICT OF  ILLINOIS
### EASTERN  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Rose M Balog | § | Case No. 14-36018 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Cindy M. Johnson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 21,332.00                    Assets Exempt: 23,695.00
(Without deducting any secured claims)

Total Distributions to Claimants:  4,052.62        Claims Discharged
                                                   Without Payment:  239,599.17

Total Expenses of Administration: 2,192.38

3) Total gross receipts of $ 6,245.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 6,245.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 184,884.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,192.38 | 2,192.38 | 2,192.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 58,415.00 | 24,927.79 | 24,927.79 | 4,052.62 |
| **TOTAL DISBURSEMENTS** | $ 243,299.00 | $ 27,120.17 | $ 27,120.17 | $ 6,245.00 |

4) This case was originally filed under chapter 7 on 10/03/2014 . The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/11/2017                    By:/s/Cindy M. Johnson
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Single Family Residence Located At 16752 W. Apache Drive Loc | 1110-000 | 6,245.00 |
| TOTAL GROSS RECEIPTS | | $ 6,245.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial 200 Renaissance Ctr Detroit, MI 48243 | | 28,396.00 | NA | NA | 0.00 |
| | Chase Po Box 24696 Columbus, OH 43224 | | 156,488.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 184,884.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cindy M. Johnson | 2100-000 | NA | 1,374.50 | 1,374.50 | 1,374.50 |
| Cindy M. Johnson | 2200-000 | NA | 82.26 | 82.26 | 82.26 |
| Adams Levine | 2300-000 | NA | 4.02 | 4.02 | 4.02 |
| Bank of Kansas City | 2600-000 | NA | 160.00 | 160.00 | 160.00 |
| Alan D. Lasko & Associates, P.C. | 3410-000 | NA | 550.00 | 550.00 | 550.00 |
| Alan D. Lasko & Associates, P.C. | 3420-000 | NA | 21.60 | 21.60 | 21.60 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,192.38 | $ 2,192.38 | $ 2,192.38 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amexdsnb 9111 Duke Blvd Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 13,970.00 | NA | NA | 0.00 |
| | Blmdsnb 9111 Duke Blvd Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Cap1/Carsn 26525 N Riverwoods Blvd Mettawa, IL 60045 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 3,404.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 8,112.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 6,122.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase-Pier Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chld/Cbna Po Box 6497 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Chld/Cbna Po Box 6497 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Comenity Bank/Buckle Po Box 182789 Columbus, OH 43218 | | 150.00 | NA | NA | 0.00 |
| | Comenity Bank/Carsons 3100 Easton Square Pl Columbus, OH 43219 | | 632.00 | NA | NA | 0.00 |
| | Comenity Bank/Nwyrk&Co 220 W Schrock Rd Westerville, OH 43081 | | 0.00 | NA | NA | 0.00 |
| | Comenity Bank/Pier 1 4590 E Broad St Columbus, OH 43213 | | 0.00 | NA | NA | 0.00 |
| | Comenity Bank/Pttrybrn Po Box 182789 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comenity Bank/Roomplce Po Box 182789 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Comenity Bank/Valctyfr Po Box 182789 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Fifth Third Bank 5050 Kingsley Dr Cincinnati, OH 45227 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/Ashf | | 0.00 | NA | NA | 0.00 |
| | Gecrb/Ashley Furniture 950 Forrer Blvd Kettering, OH 45420 | | 723.00 | NA | NA | 0.00 |
| | Gecrb/Ge Capital Luxur 950 Forrer Blvd Kettering, OH 45420 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/Jcp Po Box 984100 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/Linen N Things Po Box 965005 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/Tjx Cos Dc Po Box 965005 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gecrb/Tjx Cos Po Box 965005 Orlando, FL 32896 | | 137.00 | NA | NA | 0.00 |
| | Gecrb/Tjxd | | 0.00 | NA | NA | 0.00 |
| | Kohls/Capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 0.00 | NA | NA | 0.00 |
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | 534.00 | NA | NA | 0.00 |
| | Sears/Cbna Po Box 6282 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Thd/Cbna Po Box 6497 Sioux Falls, SD 57117 | | 56.00 | NA | NA | 0.00 |
| | Wffnatbank Po Box 94498 Las Vegas, NV 89193 | | 0.00 | NA | NA | 0.00 |
| | Wffnatlbnk Po Box 94498 Las Vegas, NV 89193 | | 0.00 | NA | NA | 0.00 |
| 3 | Capital One, N.A. | 7100-000 | 254.00 | 34.70 | 34.70 | 5.64 |
| 1 | Cavalry Spv I, Llc Assign | 7100-000 | 4,263.00 | 4,334.32 | 4,334.32 | 704.65 |
| 2 | Fifth Third Bank | 7100-000 | 20,058.00 | 20,558.77 | 20,558.77 | 3,342.33 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 58,415.00 | $ 24,927.79 | $ 24,927.79 | $ 4,052.62 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-36018 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Cindy M. Johnson |
|---|---|---|---|---|---|---|
| Case Name: | Rose M Balog | | | | Date Filed (f) or Converted (c): | 10/03/2014 (f) |
| | | | | | 341(a) Meeting Date: | 10/30/2014 |
| For Period Ending: | 03/11/2017 | | | | Claims Bar Date: | 04/22/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Single Family Residence Located At 16752 W. Apache Drive Loc | 200,000.00 | 7,000.00 | | 6,245.00 | FA |
| 2.  Cash | 50.00 | 0.00 | | 0.00 | FA |
| 3.  Us Bank Checking Account | 200.00 | 0.00 | | 0.00 | FA |
| 4.  Used Items Of Furniture, Furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 5.  Various Items Of Used Books, Photos And Collectibles | 200.00 | 0.00 | | 0.00 | FA |
| 6.  Various Items Of Used Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 7.  2013 Kia Sorrento With 20,000 Miles On It | 21,332.00 | 0.00 | | 0.00 | FA |
| 8.  Tax Refund | 6,245.00 | 0.00 | | 0.00 | FA |
| INT.  Void (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                    $230,027.00          $7,000.00                           $6,245.00          $0.00

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed. Set for hearing 11/4/16

RE PROP #       1  --   Debtor Buyback approved by the court 4/29/16 (doc. 49)  - debtor was allowed to let the estate keep tax return monies that she exempted after the estate received them as the buyback for this asset.

RE PROP #       8  --   Monies received for the tax refund were exempted after receipt.  Court approved trustee to keep the funds in order to pay the debtor buy-back of estate's interes in asst 1 (16752 W. Apache Drive).

Initial Projected Date of Final Report (TFR): 01/08/2017          Current Projected Date of Final Report (TFR): 01/08/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-36018 | Trustee Name: Cindy M. Johnson | |
| Case Name: Rose M Balog | Bank Name: BOK Financial | |
| | Account Number/CD#: XXXXXX0066 | |
| | Checking | |
| Taxpayer ID No: XX-XXX1021 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 03/11/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/24/15 | 1 | United States Treasury Kansas City, MO | Buy out interest in the estate this is the money from the tax refund that debtor exempted after we received it. by court order (doc. 49) she was allowed to let trustee keep these funds as her buyback of her interest in the 16752 Apache Drive property. | 1110-000 | $6,245.00 | | $6,245.00 |
| 04/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,235.00 |
| 05/15/15 | 101 | Adams Levine Surety Bond Agency 60 East 42 st Room 965 New York, NY 10165 | 2015 Blanket Bond | 2300-000 | | $1.49 | $6,233.51 |
| 05/29/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,223.51 |
| 06/04/15 | 101 | Adams Levine Surety Bond Agency 60 East 42 st Room 965 New York, NY 10165 | 2015 Blanket Bond Reversal Trustee previously paid bond premium out of pocket. | 2300-000 | | ($1.49) | $6,225.00 |
| 06/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,215.00 |
| 07/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,205.00 |
| 08/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,195.00 |
| 09/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,185.00 |

Page Subtotals: $6,245.00   $60.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-36018 | Trustee Name: Cindy M. Johnson | |
| Case Name: Rose M Balog | Bank Name: BOK Financial | |
| | Account Number/CD#: XXXXXX0066 | |
| | Checking | |
| Taxpayer ID No: XX-XXX1021 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 03/11/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.00 | $6,175.00 |
| 11/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.00 | $6,165.00 |
| 12/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.00 | $6,155.00 |
| 01/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.00 | $6,145.00 |
| 02/18/16 | 102 | Adams Levine 370 Lexington Ave. Suite 1101 New York, NY 10017 | 2016 Blanket Bond Reversal Check Voided due to miscalculation of premium amount | 2300-000 | | ($3.56) | $6,148.56 |
| 02/18/16 | 102 | Adams Levine 370 Lexington Ave. Suite 1101 New York, NY 10017 | 2016 Blanket Bond | 2300-000 | | $3.56 | $6,145.00 |
| 02/18/16 | 103 | Adams Levine 370 Lexington Ave. Suite 1101 New York, NY 10017 | 2016 Blanket Bond | 2300-000 | | $4.02 | $6,140.98 |
| 02/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.00 | $6,130.98 |
| 03/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.00 | $6,120.98 |
| 04/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.00 | $6,110.98 |
| 05/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.00 | $6,100.98 |

| | | | Page Subtotals: | | $0.00 | $84.02 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-36018 | Trustee Name: Cindy M. Johnson |
| Case Name: Rose M Balog | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0066 |
| | Checking |
| Taxpayer ID No: XX-XXX1021 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/11/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,090.98 |
| 07/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,080.98 |
| 11/04/16 | 104 | Cindy M. Johnson 140 S. Dearborn St., Suite 1510 Chicago, Illinois 60603 | Distribution | | | $1,456.76 | $4,624.22 |
| | | Cindy M. Johnson | Final distribution representing a payment of 100.00 % per court order. ($1,374.50) | 2100-000 | | | |
| | | Cindy M. Johnson | Final distribution representing a payment of 100.00 % per court order. ($82.26) | 2200-000 | | | |
| 11/04/16 | 105 | Alan D. Lasko & Associates, P.C. 205 West Randolph Street Suite 1150 Chicago, Illinois 60606 | Distribution | | | $571.60 | $4,052.62 |
| | | Alan D. Lasko & Associates, P.C. | Final distribution representing a payment of 100.00 % per court order. ($550.00) | 3410-000 | | | |
| | | Alan D. Lasko & Associates, P.C. | Final distribution representing a payment of 100.00 % per court order. ($21.60) | 3420-000 | | | |
| 11/04/16 | 106 | Cavalry Spv I, Llc Assign Ge Capital Retail Bk Walmart Discover Card 500 Summit Lake Drive, Ste 400 Valhalla, Ny 10595 | Final distribution to claim 1 representing a payment of 16.26 % per court order. | 7100-000 | | $704.65 | $3,347.97 |
| 11/04/16 | 107 | Fifth Third Bank Po Box 9013 Addison, Texas 75001 | Final distribution to claim 2 representing a payment of 16.26 % per court order. | 7100-000 | | $3,342.33 | $5.64 |
| 11/04/16 | 108 | Capital One, N.A. C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Final distribution to claim 3 representing a payment of 16.26 % per court order. | 7100-000 | | $5.64 | $0.00 |

| | | | | | Page Subtotals: | $0.00 | $6,100.98 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

| | | |
|---|---|---|
| COLUMN TOTALS | $6,245.00 | $6,245.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $6,245.00 | $6,245.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,245.00 | $6,245.00 |

Exhibit 9

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0066 - Checking | $6,245.00 | $6,245.00 | $0.00 |
| | $6,245.00 | $6,245.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $6,245.00 |
| Total Gross Receipts: | $6,245.00 |

Page Subtotals:                                        $0.00          $0.00